UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | |
|---|---|
| Case No. 5:21-cv-01881-SSS-SHKx | Date August 3, 2023 |
| Title  Placido M. Zaldivar, et al. v. Jaguar Land Rover N. Am., LLC, et al. | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE TRIAL FILINGS**

On August 15, 2022, the Court issued the Civil Trial Order requiring the parties to submit two rounds of trial filings.  [Dkt. 25 at 3].  The first round of trial filings were due July 14, 2023, and the second on July 28, 2023.  [*Id.*].  As of this date, the parties have failed to file *any* trial filings.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this Court should not dismiss this case for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).  Additionally, both parties are **ORDERED TO SHOW CAUSE** why this Court should not impose sanctions for their failure to comply with the Civil Trial Order and otherwise communicate with the Court.  The parties must file a written response to this order in writing by no later than **August 7, 2023**.  The order to show cause may be discharged if the parties file both rounds of trial filings by the previously mentioned date and sufficiently explain their failure to comply with the Civil Trial Order.

**IT IS SO ORDERED.**